

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:           01-16-00047-CV

Style:                    In re MarOpCo, Inc.


Date motion filed*:      February 19, 2016

Type of motion:        Motion for Permission to Participate *Pro Hac Vice*


Party filing motion:     Counsel for *Amicus Curiae*, Finley L. Hilliard

Ordered that motion is:

☐        Granted

           If document is to be filed, document due:

           ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☑        **Denied**

☐        Dismissed (*e.g.*, want of jurisdiction, moot)

☐        Other: _____

The motion for permission to participate *pro hac vice* is denied. The motion is not accompanied by the proof of payment or proof of indigency acknowledgement issued by the Texas Board of Law Examiners. *See* TEX. GOV'T. CODE ANN § 82.0361 (Vernon 2013) (providing for non-resident attorney fee); TEX. RULES GOVERN. BAR ADM'N R. XIX(a) (requiring compliance with section 82.0361 as "initial mandatory requirement"); (c) (requiring non-resident attorney's motion to include proof of payment or proof of indigency acknowledgement). Further the motion is not accompanied by "the motion of the resident practicing attorney Texas attorney with whom the non-resident attorney will be associating." TEX. RULES GOVERN. BAR ADM'N XIX(b).


Judge's signature:   /s/ Terry Jennings
                   ☑ Acting individually    ☐ Acting for the Court


Date:  March 3, 2016